**1**

Hans HAVERMAN v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit
July 9, 1926.)

No. 4649.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Fleming, Baird & Morden, of Detroit, Mich., for plaintiff in error.

- Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**2**

Arthur HENRY et al. v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
June 8, 1926.)

No. 4672.

In Error to the District Court of the United States for the Eastern District of Michigan.

Leonard S. Coyne, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., and David Polasky, Asst. U. S. Atty., both of Detroit, Mich.

PER CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.

---

**3**

Stella HERMAN v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
June 8, 1926.)

No. 4671.

In Error to the District Court of the United States for the Eastern District of Michigan.

I. H. Polozker, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., and David Polasky, Asst. U. S. Atty., both of Detroit, Mich.

- PER CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.

---

**4**

Bob HIGHTOWER, Charlie Cowan, and Ab Case v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit.
October 15, 1926.)

No. 4624.

In Error to the District Court of the United States for the Eastern District of Tennessee; Zenophon Hicks, Judge.

Atchley & Bibb and Hobart F. Atkins, all of Knoxville, Tenn., for plaintiffs in error.

° George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

---

**5**

In the Matter of Oscar HILL and Alexander Encherman, Individually, etc., Alleged Bankrupts, Appellants.

(Circuit Court of Appeals, Second Circuit.
November 1, 1926.)

No. 32.

Appeal from the District Court of the United States for the Southern District of New York.

Archibald Palmer, of New York City (Max Rosenstein, of New York City, of counsel), for appellants.

Louis H. Solomon, of New York City, for respondents.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed.

---

**6**

HUBBARD–RAGSDALE COMPANY v. Charles M. DEAN, Collector of Internal Revenue for the First District of Ohio.

(Circuit Court of Appeals, Sixth Circuit.
October 15, 1926.)

No. 4693.

In Error to the District Court of the United States for the Southern District of Ohio; Smith Hickenlooper, Judge.

For opinion below, see 15 F. (2d) 410.

Norwood J. Utter, of Cincinnati, Ohio, for plaintiff in error.

Haveth E. Mau, U. S. Atty., and Simon Ross, Asst. U. S. Atty., both of Cincinnati, Ohio, for defendant in error.